of Claims denied. *Messrs. Melven Cornish* and *William H. Fuller* for petitioner. *Solicitor General Jackson, Assistant Attorney General Collett,* and *Mr. C. W. Leaphart* for the United States.

No. 960. TRUSTEES OF LUMBER INVESTMENT ASSN. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William S. Bennet* for petitioner. *Solicitor General Jackson* for respondent.

No. 966. STEPHENSON *v.* COMMISSIONER OF INTERNAL REVENUE. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. Ralph Burton* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Warren F. Wattles* for respondent.

No. 964. SCHERMANN *v.* YELLOW CAB Co. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles V. Falkenberg* for petitioner. *Mr. John A. Bloomingston* for respondent.

No. 946. PRICE-WILLIAMS *v.* NEW YORK LIFE INSURANCE Co. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James M. Carson* for petitioner. *Messrs. Louis H. Cooke* and *J. L. Doggett* for respondent.

No. 986. RITHOLZ ET AL. *v.* AMERICAN OPTOMETRIC ASSN. June 5, 1939. Petition for writ of certiorari to